**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ANDREW JAMES McGONIGLE, individually and on behalf of all others similarly situated,

*Plaintiff,*

v.

SHOPPERSCHOICE.COM, L.L.C. d/b/a BBQGUYS.COM,

*Defendant.*

**CIVIL ACTION NO.**
**25-cv-00152-SDD-RLB**

**NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Andrew James McGonigle ("Plaintiff"), by and through undersigned counsel, will move, and hereby does move, this Court, before the Honorable Shelly D. Dick, Chief United States District Judge, at the United States District Courthouse, 777 Florida Street, Baton Rouge, Louisiana 70801, at a date and time to be set by the Court, for entry of an Order, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (g):

1. Certifying the following class (the "National Do Not Call Registry Class" or "Class"): All persons throughout the United States (1) who did not provide their telephone number to Defendant Shopperschoice.com, L.L.C. d/b/a BBQGuys.com; (2) to whom Defendant caused to be delivered through Attentive, more than one text message within a 12-month period, promoting Defendant's goods or services; (3) where the person's telephone number had been registered with the National Do Not Call Registry; and (4) within four years preceding the date of the Complaint in this action and through the date of class certification;

2. Appointing Plaintiff as class representative;

3. Appointing Anthony I. Paronich of Paronich Law, P.C. and Avi Kaufman of Kaufman P.A. as Class Counsel; and

4. Establishing a deadline for the parties to submit a proposed notice plan to the Class.

This Motion is made on the grounds that the proposed Class satisfies each of the requirements of Federal Rule of Civil Procedure 23(a)—numerosity, commonality, typicality, and adequacy of representation—and the requirements of Rule 23(b)(3)—that common questions of law and fact predominate over any questions affecting only individual Class members, and that a class action is superior to other available methods for the fair and efficient adjudication of this controversy.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities filed concurrently herewith, the Declaration of Aaron Woolfson and the exhibits thereto, the pleadings and papers on file in this action, and such other matters as may be presented to the Court at or before any hearing on this Motion.

**MOTION**

Plaintiff Andrew James McGonigle hereby moves this Court, pursuant to Federal Rule of Civil Procedure 23(a), (b)(3), and (g), for an Order certifying the National Do Not Call Registry Class defined above, appointing Plaintiff as class representative, appointing Anthony I. Paronich of Paronich Law, P.C. and Avi Kaufman of Kaufman P.A. as Class Counsel, and establishing a deadline for the parties to submit a proposed notice plan. The grounds for this Motion are set forth fully in the accompanying Memorandum of Points and Authorities, filed concurrently herewith, and the record in this action.

Dated: August 31, 2026

Respectfully submitted,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Counsel for Plaintiff and the Proposed Class*