# EXHIBIT A

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA

ANDREW JAMES MCGONIGLE , *
ON BEHALF OF HIMSELF AND CIVIL ACTION NO.:
SIMILARLY SITUATED * 25-CV-00152
VERSUS * JURY TRIAL DEMANDED
SHOPPERSCHOICE.COM, L.L.C. *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

The 1442 deposition of Shopperschoice.com, L.L.C., through its representative, Christina Starkweather, appearing remotely from Baton Rouge, Louisiana, taken in connection with the captioned cause, pursuant to the following stipulations, before Mary A. Ballard, Certified Court Reporter, appearing remotely from Denham Springs, Louisiana, on the 23rd day of June 2026, beginning at 10:02 a.m.

REMOTE APPEARANCES:

FOR THE PLAINTIFF, ANDREW JAMES MCGONIGLE, ON BEHALF OF HIMSELF AND SIMILARLY SITUATED:

AVI KAUFMAN
KAUFMAN, P.A.
237 SOUTH DIEGO HIGHWAY, FLOOR 4
CORAL GABLES, FLORIDA 33133
PHONE: (305)469-5881
EMAIL: KAUFMAN@KAUFMANPA.COM

FOR THE DEFENDANT, SHOPPERSCHOICE.COM, L.L.C.:

KARLI JOHNSON
KEAN MILLER, L.L.P.
400 CONVENTION STREET, SUITE 700
BATON ROUGE, LOUISIANA 70802
PHONE: (225)389-3704
EMAIL: KARLI.JOHNSON@KEANMILLAR.COM

ALSO PRESENT:

JESSICA ENGLER- WITH MS. JOHNSON'S FIRM

S T I P U L A T I O N

It is hereby stipulated by and among counsel for plaintiff and counsel for defense that the 1442 deposition via videoconferencing of Shopperschoice.com, L.L.C., through its representative

CHRISTINA STARKWEATHER,

be taken before Mary A. Ballard, a Certified Court Reporter, by counsel for the plaintiff, pursuant to notice and to the provisions of the appropriate statutes of the Federal Rules of Civil Procedure.

The parties hereto waive all formalities in connection with the taking of said deposition, except the reading and signing thereof, the swearing of the witness and the reduction of the questions and answers to typewriting.

Counsel for all parties reserve all objections, except as to the form of the question and responsiveness of the answer, at the time of taking said deposition, but they also reserve the right to make objections at the time said deposition or any part thereof may be offered in evidence, with the same rights as if the testimony had been taken and given in Open Court.

I N D E X

EXAMINATION BY MR. KAUFMAN. . . . . . . . . . . . . . . . .5

OBJECTIONS:

BY MS. JOHNSON. . . . 5, 14, 15, 17, 22, 25, 28, 31, 32, 33, 35, 36, 37, 39, 41, 43, 48, 49, 50, 55, 56, 57, 58

EXHIBITS:

EXHIBIT #1- OBJECTION TO PLAINTIFF NOTICE . . . . . . . .5

REPORTED REMOTELY FROM LIVINGSTON PARISH, LOUISIANA

CHRISTINA STARKWEATHER,

after having been duly sworn, was examined and did testify as follows:

EXAMINATION BY MR. KAUFMAN:

Q Ms. Starkweather, can you please state your name for the record?

A Christina Starkweather.

Q Where do you live?

MS. JOHNSON:

Hey -- hey, Avi. I'm sorry. Can we just put on the record that we are -- we're going to reserve all objections except to form?

MR. KAUFMAN:

Confirmed. Agreed. Thank you.

MS. JOHNSON:

Okay. All right. And can we attach Exhibit 1, which is our objections to plaintiff's notice of deposition.

MR. KAUFMAN:

I will note --

MS. JOHNSON:

-- (Inaudible, Zoom interference)

MR. KAUFMAN:

I will -- I will note that those were served last night for the first time.

MS. JOHNSON:

Yeah. And -- and just for the record, I'll note we got the -- the notice yesterday afternoon.

MR. KAUFMAN:

The -- the -- you mean the re-notice with the --

MS. JOHNSON:

The re-notice.

MR. KAUFMAN:

-- change of date? Right.

MS. JOHNSON:

Yeah.

MR. KAUFMAN:

Just to be clear, there was a much prior notice.

MS. JOHNSON:

Yeah.

BY MR. KAUFMAN:

Q Okay. Ms. Starkweather, where do you live?

A I live in Philadelphia, Pennsylvania.

Q What do you do for work?

A I'm the senior director of performance marketing

at Barbecue Guys.
Q What is Barbecue Guys?
A Barbecue Guys is a retailer that sells premium outdoor kitchen grills, patio supplies, things of that nature largely online, but we do have a few design centers as well.
Q What is Barbecue Guys website?
A BBQGUYS.com.
Q Does Barbecue Guys offer products for sale through any website other than BBQGUYS.com?
A We use Amazon Marketplaces, but BarbecueGuys.com is the only website we operate.
Q Aside from the Barbecue. -- BarbecueGuys.com website and Amazon Marketplaces, are there any other channels through which Barbecue Guys sells products to consumers?
A The design centers and our calls for pro or customer support.
Q What's a design center?
A So it's a physical retail store. We operate a few of them.
Q How many?
A It is currently four, I believe, with a fifth opening.
Q Do you know where those four stores are located?

A So they are in Louisiana, Florida, and California, and -- sorry -- Georgia.
Q So one in each state?
A Yes, but I'm missing -- I believe I'm missing one.
Q So far you've said Louisiana, Florida, California, and Georgia, so I get -- that's four store --
A Correct.
Q And there's one still to be open. Where's that one opening?
A Sorry. The one to be open is Costa Mesa, California.
Q Are there two in one of the other states?
A Yes. I'm -- forgive me. I'm spacing on the other physical location. I generally deal with the website.
Q I know that you said that Barbecue Guys also sells products the sells -- sells products through call for pro or customer support. What's pro or customer support?
A So pro is for, like, contractors, so professionals who would be buying for clients in the states. Customer support is a general consumer that would call in and talk to a