# EXHIBIT B

**Jessica C. Engler**

---

**From:** Chase Shelton <chase@bbqguys.com>
**Sent:** Thursday, October 17, 2024 12:22 PM
**To:** Dana Oliver; Erin Ryan
**Cc:** Andrew Heidarpour
**Subject:** RE: Pre-Suit Notification of Federal Telemarketing Law Violation re https://url.us.m.mimecastprotect.com/s/EytiCADmEziGZ00zsGfYsGMvk5?domain=bbqguys.com

Ms. Oliver,

I received your letter with your concern over your client's receiving text messages from my company. I have looked into this and confirmed with our team that someone with the phone number 804-238-[redacted] actually granted consent to receive recurring automated promotional and personalized marketing text messages on 9/8/2020 at 11:04:49 PM. From my research, the phone number appears to be associated with a different person than your client. Did your client take over this phone number since 9/8/2020? If they received this phone number from the carrier since then, that would explain why they are receiving the messages. The messages can be stopped by responding to the message with STOP. After replying STOP, your client should receive one more message confirming that the request has been processed.

Please let me know if you have any further questions.

**Chase Shelton** | Senior Counsel
8151 Airline Hwy, Baton Rouge, LA 70815
Chase@bbqguys.com
cell: 225.341.0043

This e-mail and any attachments are CONFIDENTIAL and may be protected by one or more legal privileges. It is intended solely for the use of the addressee identified above. If you are not the intended recipient, any use, disclosure, copying or distribution of this email is UNAUTHORIZED. If you have received this email in error, please notify the sender and delete this e-mail from your computer.

---

**From:** Dana Oliver <doliver.heidarpourlawfirm@gmail.com>
**Sent:** Tuesday, October 15, 2024 10:13 PM
**To:** Russ Wheeler <russ@bbqguys.com>; russ@russwheeler.co; legal <legal@bbqguys.com>; erin@bbqguys.com
**Cc:** Andrew Heidarpour <aheidarpour@hlfirm.com>
**Subject:** Pre-Suit Notification of Federal Telemarketing Law Violation re BBQGuys.com

**ATTN: LEGAL DEPARTMENT**

**Hi, my name is Dana Oliver from Heidarpour Law Firm, PLLC. I am sending this correspondence on behalf of my client. Please review it at your earliest convenience.**

**Thank you**

----

Dana J. Oliver, Esq.
Heidarpour Law Firm, PLLC
www.HLFirm.com
DOliver.HeidarpourLawFirm@gmail.com
[P] 202-234-2727