UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE<br><br>v.<br><br>SHOPPERSCHOICE.COM, LLC d/b/a BBQGUYS.COM | CIVIL ACTION<br><br>NO. 3:25-CV-00152-SDD-RLB |

**MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF AARON WOOLFSON**

NOW INTO COURT, through undersigned counsel, comes Defendant, ShoppersChoice.com, L.L.C. d/b/a BBQGuys.com ("BBQGuys"), who respectfully moves this Honorable Court, pursuant to Federal Rule of Evidence 702, for an Order excluding the expert report and testimony of Aaron Woolfson. In support of this Motion, BBQGuys states as follows:

1.

Plaintiff Anderw James McGonigle ("Plaintiff") offers Aaron Woolfson as an expert witness to support class certification in this matter.

2.

Woolfson purports to opine that there is a reliable method to identify text messages sent by BBQGuys to telephone numbers that had been reassigned and were registered on the Federal Trade Commission National Do Not Call Registry ("FTC DNC") for more than thirty days before the date of the text messages at issue.

3.

For the following reasons, more fully set forth in the accompanying Memorandum in Support, Woolfson's expert report and testimony and testimony should be excluded because:

(a) Woolfson is not qualified to opine on the reliability of database analytics methodology, as his expertise lies in telephone equipment and not database analysis;

(b) Woolfson's methodology relies on a private, unaudited, self-generated database (the "Woolfson DNC") rather than the actual FTC DNC required by 47 U.S.C. § 227(c), rendering his opinion irrelevant;

(c) Woolfson's methodology does not rely upon sufficient facts or data, as the Woolfson DNC has never been independently audited, tested, or validated and other TCPA experts would not rely on Woolfson's unauthorized derivative work of the FTC DNC in lieu of the FTC DNC itself;

(d) Woolfson's opinion is not the product of independent professional judgment but instead mere execution of a list of steps dictated by Plaintiff counsel without independent verification;

(e) Woolfson was not given access to, and thus did not consider, data that he admits would have changed his opinion; namely, indicia of consent or purchases associated with applicable phone numbers.

(f) Woolfson's use of the Reassigned Number Database ("RND") is unreliable for his stated purpose; and

(g) Woolfson is not authorized to use the FTC DNC or RND for the non-compliance litigation purposes, and this Court should not accept expert methodology that violates the privacy interests that the Telephone Consumer Protection Act was enacted to protect.

WHEREFORE, BBQGuys respectfully requests that this Court grant this Motion and enter an Order excluding the expert report and testimony of Aaron Woolfson and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/Jessica C. Engler*
Karli Glascock Johnson (#26304), T.A.
karli.johnson@keanmiller.com
Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999

R. Devin Ricci (#34724)
devin.ricci@keanmiller.com
Jessica C. Engler (#35120)
jessica.engler@keanmiller.com
Jeff Gelpi (#37130)
jeff.gelpi@keanmiller.com
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050

***Attorneys for ShoppersChoice.com, L.L.C. d/b/a BBQGuys.com***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 14th day of September, 2026. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

/s/ *Jessica C. Engler*
Jessica C. Engler