UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW JAMES MCGONIGLE<br><br>v.<br><br>SHOPPERSCHOICE.COM, LLC d/b/a BBQGUYS.COM | CIVIL ACTION<br><br>NO. 3:25-CV-00152-SDD-RLB |

**EXHIBIT LIST FOR MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF AARON WOOLFSON**

Exhibit 1: Deposition of Aaron Woolfson (Aug. 13, 2026)

Exhibit 2: Curriculum Vitae of Aaron Woolfson

Exhibit 3: *Rojas, et al. v. Marko Zaninovich, Inc., et al*, No. 1:09-00705, ECF No. 158 (E.D. Cal. Sept. 19, 2011)

Exhibit 4: "Declaration of Expert Aaron Woolfson" in *Van Elzen v. Advisors Ignite USA LLC, et al.*, No. 1:22-00859 (E.D. Wis.)

Exhibit 5: Exhibit 14 to the Deposition of Aaron Woolfson, Reply Comments of TelSwitch, Inc. and exhibits, W.C. Docket Nos. 26-49, 20-67, 13-97, 07-243, FEDERAL COMMUNICATIONS COMMISSION (Jul. 6, 2026) (*available at* https://www.fcc.gov/ecfs/document/26109987506/1)

Exhibit 6: Exhibit 13 to the Deposition of Aaron Woolfson, Letter dated August 22, 2023

Exhibit 7: Declaration of Expert Aaron Woolfson (Apr. 28, 2026)

Exhibit 8: "Declaration of Expert Aaron Woolfson" in *Saladino, et al. v. Mad City Home Improvement, LLC d/b/a Mad City Windows & Baths*, No. 0:24-cv-01419 (D. Minn. Jan. 20, 2026)

Exhibit 9: "Declaration of Expert Aaron Woolfson" in *Summerton v. Goldco Direct, LLC*, No. 3:23-cv-00238 (W.D.Wis. Mar. 31, 2025)

Exhibit 10: Expert Report of Madelyn Moran (Jun. 15, 2026)

Exhibit 11: Exhibit 4 to the Deposition of Aaron Woolfson, "Q&A for Telemarketers & Sellers About the DNC Provisions in the TSR", FEDERAL TRADE COMMISSION (available at https://www.ftc.gov/business-guidance/resources/qa-telemarketers-sellers-about-dnc-provisions-tsr-0)

Exhibit 12: Deposition of Andrew James McGonigle (Jul. 2, 2026)

Exhibit 13: Excerpts from Exhibit 9 to the Declaration of Expert Aaron Woolfson

Exhibit 14: Excerpt from BBQGUYS000062.csv

Exhibit 15: Second Report and Order, *In the Matter of Advanced Methods to Target and Eliminate Unlawful Robocalls*, FCC 18-177, CG Docket No. 17-59 (FCC Dec. 13, 2018)

Exhibit 16: Exhibit 10 to the Deposition of Aaron Woolfson, Declaration of Beth Sprague (May 24, 2023)

Exhibit 17: Exhibit 11 to the Deposition of Aaron Woolfson, Declaration of Scott Rice (April 21, 2023)

Exhibit 18: Affidavit of Aaron Woolfson in *Jackson v. Regions Bank*, no. 1:19-cv-01019, 2020 WL 3507607 (S.D.Ind. Mar. 6, 2020)

Exhibit 19: Motion to Exclude the Report of Jeffrey Hansen in *Keyes v. Ocwen Loan Servicing, LLC*, No. 2:17-11492, 2018 WL 11315323 (E.D. Mich. May 30, 2018)

Exhibit 20: Memorandum Opinion and Order, *Davis v. Capital One, N.A.*, No. 1:22-cv-00903 (E.D.Va. Oct. 20, 2023)

[Remainer of page blank]

Respectfully submitted,

*/s/Jessica C. Engler*

Karli Glascock Johnson (#26304), T.A.
karli.johnson@keanmiller.com
Katilyn M. Hollowell (#37729)
katie.hollowell@keanmiller.com
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, Louisiana 70802
Telephone: (225) 387-0999

R. Devin Ricci (#34724)
devin.ricci@keanmiller.com
Jessica C. Engler (#35120)
jessica.engler@keanmiller.com
Jeff Gelpi (#37130)
jeff.gelpi@keanmiller.com
**KEAN MILLER LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050

***Attorneys for ShoppersChoice.com, L.L.C. d/b/a BBQGuys.com***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been electronically filed with the Clerk of Court using the CM/ECF system this 14th day of September, 2026. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system and/or U.S. Mail.

*/s/ Jessica C. EnglerJessica C. Engler*
Jessica C. Engler