tel-Lingua™

28255 Steeplechase Lane * Fair Oaks Ranch, TX 78015 * Voice (210) 380-0458 * Fax (210) 698-7150

August 22, 2023

Aaron Woolfson
TelSwitch Inc. d/b/a Tel-One Network Services
1937 Oak Park Blvd, Suite D
Pleasant Hill, CA 94523

Dear TelSwitch Inc.,

Tel-Lingua LLC has become aware that Telswitch Inc. has not achieved all of the steps necessary for PTRS certification with iConectiv.

We are suspending services to your organization.

Regards,

Andrew W Mangold
President and CEO

**This document contains confidential and proprietary information from Tel-Lingua LLC. Acceptance of this document signifies the intent of the recipient, and the company represented, to hold and protect this information to the same extent as would be afforded to the recipient's own proprietary and confidential information.**

EXHIBIT 13