AutoSave Off BBQ Guys - Woolfson Declaration - Exhibit 9.xlsx 4938-5803-3063 v.1

File Home Insert Page Layout Formulas Data Review View Automate Help Kofax PDF

Paste Cut Copy Format Painter Clipboard | Calibri 11 Font | Wrap Text Merge & Center Alignment | General $ % Number

L5636 fx

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | phone # | texts | | | | | | | | | |
| 4233 | (804) 238-[redacted] | 33 | | | | | | | | | |
| 5629 | | | | | | | | | | | |
| 5630 | | | | | | | | | | | |
| 5631 | | | | | | | | | | | |
| 5632 | | | | | | | | | | | |
| 5633 | | | | | | | | | | | |
| 5634 | | | | | | | | | | | |
| 5635 | | | | | | | | | | | |
| 5636 | | | | | | | | | | | |
| 5637 | | | | | | | | | | | |
| 5638 | | | | | | | | | | | |
| 5639 | | | | | | | | | | | |
| 5640 | | | | | | | | | | | |
| 5641 | | | | | | | | | | | |




| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | phone # | texts | | | | | | | |
| 4713 | (850) 509-[redacted] | 355 | | | | | | | |
| 5629 | | | | | | | | | |
| 5630 | | | | | | | | | |
| 5631 | | | | | | | | | |
| 5632 | | | | | | | | | |
| 5633 | | | | | | | | | |
| 5634 | | | | | | | | | |
| 5635 | | | | | | | | | |
| 5636 | | | | | | | | | |
| 5637 | | | | | | | | | |
| 5638 | | | | | | | | | |