BBQGUYS00062.csv

A8076 | 18505090626

| | PHONE | FIRST_OPT_IN | MOST_RECENT_OPT_IN | FIRST_OPT_OUT | MOST_RECENT_OPT_OUT | FIRST_OUTBOUND | MOST_RECENT_OUTBOUND |
|---|---|---|---|---|---|---|---|
| 8063 | [redacted] | 10/29/2020 | 10/29/2020 | | | 10/29/2020 12:02 | 7/28/2025 19:25 |
| 8064 | | 9/7/2020 | 9/7/2020 | | | 9/7/2020 0:01 | 7/28/2025 19:25 |
| 8065 | | 6/21/2021 | 6/21/2021 | 3/6/2025 | 3/6/2025 | 6/21/2021 0:58 | 3/6/2025 2:40 |
| 8066 | | 4/20/2020 | 5/5/2024 | 6/22/2021 | 6/22/2021 | 4/20/2020 2:04 | 8/8/2024 15:56 |
| 8067 | | 5/31/2022 | 5/31/2022 | | | 5/31/2022 16:06 | 7/8/2025 19:35 |
| 8068 | | 4/26/2025 | 4/26/2025 | | | 4/26/2025 1:20 | 7/28/2025 19:25 |
| 8069 | | 12/2/2020 | 12/2/2020 | 3/10/2024 | 3/10/2024 | 12/2/2020 0:48 | 3/10/2024 20:52 |
| 8070 | | 8/1/2021 | 8/1/2021 | | | 8/1/2021 14:27 | 7/28/2025 18:26 |
| 8071 | | 9/16/2020 | 3/3/2024 | 3/25/2021 | 3/25/2021 | 9/16/2020 23:05 | 3/13/2024 15:51 |
| 8072 | | 9/23/2021 | 9/23/2021 | | | 9/23/2021 17:12 | 7/8/2025 20:35 |
| 8073 | | 12/7/2020 | 12/7/2020 | 2/12/2021 | 2/12/2021 | 12/7/2020 20:38 | 2/12/2021 16:12 |
| 8074 | | 9/19/2024 | 9/19/2024 | | | 9/19/2024 22:04 | 7/28/2025 19:25 |
| 8075 | | 11/25/2023 | 11/25/2023 | 12/16/2023 | 12/16/2023 | 11/25/2023 11:33 | 12/16/2023 17:13 |
| 8076 | 1850509[redacted] | 11/5/2021 | 2/19/2025 | 12/9/2024 | 12/9/2024 | 8/17/2020 11:46 | 7/28/2025 18:26 |
| 8077 | [redacted] | 5/4/2020 | 5/4/2020 | | | 5/4/2020 14:54 | 7/28/2025 18:26 |
| 8078 | | 2/21/2021 | 2/21/2021 | | | 2/21/2021 14:39 | 7/28/2025 18:25 |
| 8079 | | 8/31/2024 | 12/7/2024 | 9/3/2024 | 9/3/2024 | 8/31/2024 17:04 | 1/7/2025 15:42 |
| 8080 | | 7/26/2020 | 7/26/2020 | | | 7/26/2020 18:31 | 7/28/2025 21:25 |
| 8081 | | 5/6/2021 | 5/6/2021 | | | 5/6/2021 13:26 | 7/28/2025 19:25 |
| 8082 | | 1/7/2021 | 1/7/2021 | 2/12/2021 | 2/12/2021 | 1/7/2021 1:38 | 2/12/2021 17:03 |
| 8083 | | 3/19/2025 | 3/19/2025 | 6/7/2025 | 6/7/2025 | 3/19/2025 18:31 | 6/7/2025 18:42 |
| 8084 | | 5/18/2025 | 5/18/2025 | | | 5/18/2025 20:33 | 7/28/2025 19:25 |
| 8085 | | 5/8/2020 | 5/8/2020 | | | 5/8/2020 4:06 | 7/28/2025 18:25 |
| 8086 | | 7/1/2020 | 7/1/2020 | | | 7/1/2020 19:40 | 7/8/2025 19:35 |
| 8087 | | 1/4/2021 | 1/4/2021 | 12/9/2024 | 12/9/2024 | 1/4/2021 4:04 | 12/3/2024 0:55 |
| 8088 | | 6/8/2024 | 6/8/2024 | | | 6/8/2024 9:23 | 7/28/2025 18:26 |
| 8089 | | 12/27/2021 | 12/27/2021 | | | 12/27/2021 18:55 | 7/28/2025 18:25 |

BBQGUYS00062

Ready | Accessibility: Unavailable