**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

**CLARENCE DAVIS,**

**Plaintiff,**

**v.** **Civil Action No. 1:22-cv-00903-AJT-IDD**

**CAPITAL ONE, N.A.,**

**Defendant.**

**DECLARATION OF BETH SPRAGUE**

I, Beth Sprague, upon personal knowledge and under penalty of perjury, do hereby declare the following:

1. I am the Director of the Reassigned Number Database ("RND") established by the Federal Communications Commission ("FCC").

2. I work for the company SomosGov, Inc. with whom the FCC has contracted to manage the RND and its operations.

3. Pursuant to FCC Order 18-177, the FCC established the RND to address the problem of unwanted calls/texts to reassigned telephone numbers.

4. The RND is a single, comprehensive database which collects disconnected number data from each provider that obtains North American Numbering Plan (NANP) U.S. geographic numbers and each provider that obtains toll-free numbers from the Toll-Free Number Administrator (TFNA).[1]

5. Checking the RND allows callers and/or their agents to determine whether a telephone number has been permanently disconnected since a date provided by the caller for the purpose of making lawful calls or sending lawful texts. The database is available to callers who agree in writing that the caller (and any agent acting on behalf of the caller)

[1] 33 FCC Rcd 12024, 12032 at para. 20, 12033 at para 23; 47 CFR § 52.15(f)(2).

EXHIBIT 10

# Exhibit 2

# (Beth Sprague Declaration)

will use the database solely to determine whether a number has been permanently disconnected since a date provided by the caller for the purpose of making lawful calls or sending lawful texts. To access the database for other purposes, callers are required to seek a waiver from the FCC.[2]

6. On a monthly basis, all reporting carriers[3] are required to report monthly permanent disconnections to the RND no later than the 15th of each month.[4]

7. Reporting carriers are required to report the last date of permanent disconnection associated with their allocated and ported-in numbers to the RND.[5]

8. All voice providers with more than 100,000 domestic retail subscriber lines were required to start tracking permanent disconnects as of July 27, 2020,[6] and reporting that initial "seed" data on April 15, 2021, and every month thereafter.[7] Those remaining small voice providers (defined as having 100,000 or fewer domestic retail subscriber lines) began tracking disconnects as of January 27, 2021, reporting their initial data by October 15, 2021, and each month thereafter.

9. The RND was considered complete on October 15, 2021 and continues to be updated monthly as described above.

10. To query the RND, a caller must provide a 10-digit Telephone Number and the date the consumer consented to the call/text to the number, or a past date on which the caller is reasonably certain that the consumer could still be reached at that number. For each query, the RND will return a result of 'YES,' 'NO,' or 'NO DATA' to explain whether the number has been permanently disconnected since the date provided.[8]

---

[2] 33 FCC Rcd at 12034, ¶ 26 and notes 68-69.

[3] A 'reporting carrier' is "a telecommunications carrier that receives numbering resources from the NANPA, a Pooling Administrator or another telecommunications carrier," which includes interconnected VoIP providers that directly obtain numbering resources pursuant to Commission authorization.

[4] 33 FCC Rcd 12038 ¶ 39.

[5] 33 FCC Rcd 12037 ¶ 35.

[6] 33 FCC Rcd 6738.

[7] Public Notice, DA 21-1240 (rel. Oct. 1, 2021).

[8] 33 FCC Rcd 12031 ¶ 19; *see also* 12033-34 ¶¶ 24, 25.

11. The RND will return a "Yes" response if the queried number is contained in the database and the number has been permanently disconnected on or after the date the caller provides as the date of consent.

12. The RND will return a value of "No" if (a) the number is contained in the database and has not been permanently disconnected after the date the caller enters as the date of consent in its query or (b) if the number is not in the database and the date the caller provides is on or after January 27, 2021.

13. The RND will return a "No Data" response if the queried number and a permanent disconnect date are not contained in the database and the consent date provided in the query is before January 27, 2021.

14. Callers and Caller Agents' clients may be eligible for the Safe Harbor described in section 64.1200(m) of the Commission's rules for calling a number for which the RND erroneously returned a response of "NO."

15. Although the RND contains all reported disconnect dates, the disconnect dates are confidential and not publicly accessible through the RND public query interface.

16. As of May 1, 2023, there are 326 million Telephone Numbers in the RND.

17. Since the RND service began on November 1, 2021, more than 631 million queries of the RND have been made.

18. As of May 1, 2023, the RND has returned a "YES" response to more than 28 million queries.

Beth Sprague
Beth Sprague
Director, Reassigned Number Database

05/24/23
Dated